No habiendo comparecido los apelantes a la audiencia para mostrar causa previamente señalada *motu proprio* por el Tribunal, los siguientes recursos fueron desestimados en corte abierta, por abandono.

No. 4856.—Colón, peticionario-aplte., *v.* Asamblea Municipal de Ponce, et als., apldos.—C. D. Ponce. *Injunction.* Marzo 24, 1930.

No. 4857.—Colón, peticionario-aplte., *v.* Asamblea Municipal de Ponce, Etc., apldos.—C. D. Ponce. *Injunction,* etc. Marzo 24, 1930.

No. 4858.—Colón, peticionario-aplte., *v.* Vivas Valdivieso, Alcalde, apldo.—C. D. Ponce. *Certiorari,* etc. Marzo 24, 1930.

No. 4779.—Rivera et al., apltes., *v.* Ortiz Zayas, et al., apldos.—C. D. Ponce. Nulidad, etc. Marzo 24, 1930.

No. 5153.—Rodríguez, aplte., *v.* Rosario, apldo.—C. D. San Juan. Divorcio. Marzo 31, 1930.

No. 5056.—Rosado, Sr., aplte., *v.* Rosado et als., apldos.— C. D. Arecibo. Tercería. Marzo 31, 1930.

No. 5006.—F. Machargo & Co., aplda., *v.* Marrero, aplte. C. D. Arecibo. Desahucio. Marzo 31, 1930.

No. 5073.—Isern, aplte., *v.* Junta Examinadora de Ingenieros, Etc., aplda.—C. D. Humacao. *Mandamus.* Marzo 31, 1930.

No. 5030.—Berríos, apldo., *v.* Quintana Racing Park Corp., Etc., aplte.—C. D. San Juan. Indemnización, etc., aplte.—C. D. San Juan. Indemnización, etc. Marzo 31, 1930.

No. 5078.—The United Porto Rican Bank, aplte., *v.* Benítez, et al., apldos. C. D. Humacao. Cobro de dinero. Marzo 31, 1930.